**Donald DOMINICK, Plaintiff–Appellee,**

v.

**Todd BARRERE; Lieutenant Patrick Cochran, Defendants–Appellants.**

**No. 15–30609**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Jan. 20, 2016.

Donna Unkel Grodner, Esq., Grodner & Associates, A.P.L.C., Baton Rouge, LA, for Plaintiff–Appellee.

Babatunde Mobolade Ani Ma–Shaun, Esq., Assistant Attorney General, Office of the Attorney General, Baton Rouge, LA, for Defendant–Appellant.

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: [*]

The judgment of the district court is affirmed with the following response to defense objections.

These parties are well informed on what the law allows state officers for qualified immunity; and if essential facts are known, the decision about the defense is for the judge to decide. The judge here had evidence of intended malicious harm inflicted on plaintiff by defendants, and that question was put to a jury.

---

The jury found that defendants used excessive force, acting with "malice, willfully, intentionally or with callous and reckless indifference to Plaintiff's constitutional rights."

The district judge made no legal error or abuse of discretion.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under